# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                                  Case No. 11-CR-112

**DANIEL CISLER**
    **Defendant.**

## SCHEDULING ORDER

**IT IS ORDERED** that the government file a response to defendant's motion for return of property on or before **September 17, 2013**.

Dated at Milwaukee, Wisconsin, this 4th day of September, 2013.

                                          /s Lynn Adelman

                                          _____
                                          LYNN ADELMAN
                                          District Judge